| | |
|---|---|
| **FORM 9A.** Notice of Related Case Information | **Form 9A (p. 1)** <br> **March 2023** |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**  23-1619

**Short Case Caption**  ATOS, LLC v. Allstate Insurance Company

**Filing Party/Entity**  ATOS, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> ATOS, LLC v. AllState Insurance Co., Esurance Insurance Services, Inc., and Arity, LLC, 1:20-cv-06224, U.S. District Court for the Northern District of Illinois
>
> ATOS, LLC v. Allstate Insurance Company, Fed. Cir. 23-1620, appeal from IPR2021-01209, U.S. Patent and Trademark Office Patent Trial and Appeal Board
>
> ATOS, LLC v. Allstate Insurance Company, Fed. Cir. 23-1621, appeal from IPR2021-01449, U.S. Patent and Trademark Office Patent Trial and Appeal Board

☐  Additional pages attached

FORM 9A. Notice of Related Case Information | Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Atos, LLC
> AllState Insurance Co.
> Esurance Insurance Services, Inc.
> Arity, LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Debbie L. Berman, Joel T. Pelz, Reginald J. Hill, Amit B. Patel, Benjamin J. Bradford, Michael T. Werner, Jenner & Block LLP, 353 North Clark Street, Chicago, IL 60654; Adam G. Unikowsky, Jenner & Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412; Lisa M. Schoedel
>
> Thomas D. Rein, Christopher P. Shoup, Nathaniel C. Love, Stephanie P. Smith Koh Sidley Austin LLP, One South Dearborn, Chicago, IL 60603; Kevin R. Oliver, Sidley Austin LLP, 787 7th Avenue, New York, NY 10019

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/03/2023         Signature: s/ Reginald J. Hill

                         Name: Reginald J. Hill